

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

James Owen Winchester,          * From the 119th District Court
of Tom Green County,
Trial Court No. B-12-0120-SB.

Vs. No. 11-14-00083-CR          * August 31, 2016

The State of Texas,          * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.